IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GREENBERG SMOKED TURKEYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALUECLICK, INC., <br><br> Defendant. | Case No. 6:11-cv-00038 |

## VALUECLICK'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed.R.Civ.P., Defendant ValueClick, Inc. states that it does not have any parent corporation and there is no publicly held corporation which owns 10% or more of its stock.

Respectfully submitted,

/s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr. *(Lead Attorney)*
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
RNiroJr@nshn.com

Attorneys for ValueClick, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2011 the foregoing

**VALUECLICK'S CORPORATE DISCLOSURE STATEMENT**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| Herbert A. Yarbrough III<br>Debra E. Gunter<br>Yarbrough & Wilcox, PLLC<br>100 East Ferguson Street, Suite 1015<br>Tyler, TX 75702<br>(903) 595-3111<br>Fax: (903) 595-0191<br>trey@yw-lawfirm.com<br>debby@yw-lawfirm.com | Brad R. Newberg<br>Reed Smith LLP<br>3110 Fairview Park Drive, Suite 1400<br>Falls Church, VA 22042<br>(703) 641-4272<br>Fax: (703) 641-4340<br>bnewberg@reedsmith.com<br><br>Emily B. Kirsch<br>Joseph B. Teig<br>Reed Smith LLP<br>599 Lexington Ave., 29th Fl.<br>New York, NY 10022<br>(212) 521-5400<br>Fax: (212) 521-5450<br>ekirsch@reedsmith.com<br>jteig@reedsmith.com |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                            /s/ Raymond P. Niro, Jr.
                                        Attorneys for ValueClick, Inc.